IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELISSA WILSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1492 |
| | ) | Judge Trauger |
| DARIN GORDON, in his official capacity as the | ) | |
| Deputy Commissioner of the Tennessee | ) | |
| Department of Finance and Administration and | ) | |
| Director of the Bureau of TennCare, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this  day of January 2005.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　　　U.S. District Judge