UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MELISSA WILSON, et al.          )
                                )
v.                              )          NO. 3:14-1492
                                )          JUDGE CAMPBELL
DARIN GORDON, et al.            )


<u>ORDER</u>


The Court held a status conference on August 15, 2014.

Regarding Defendants' Motion to Dismiss (Docket No. 48), Plaintiffs shall file a

response by September 3, 2014. Defendants shall file a reply by September 22, 2014.

Because the parties have conflicting interpretations about the meaning of various Federal

Medicaid statutes and regulations, the parties are ordered to serve the Complaint, pending

motions and this Order on the United States Attorney for this District. To the extent the United

States Attorney intends to file any pleading in this action, the pleading shall be filed by August

22, 2014. The Court expresses no opinion at this time on whether the United States is a

necessary party to this action.

IT IS SO ORDERED.



                            _____
                            TODD J. CAMPBELL
                            UNITED STATES DISTRICT JUDGE