**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| MELISSA WILSON, et al., individually and on behalf of all others similarly situated, | Civil Action No. 3:14-CV-01492 |
| Plaintiffs, | |
| v. | Judge Sharp<br>Magistrate Judge Newbern |
| WENDY LONG, et al., | |
| Defendants. | |

## JOINT MEDIATION STATEMENT

Pursuant to the Court's November 16, 2016, Case Management Order, Plaintiffs and Defendants (hereinafter the "State") hereby submit a Joint Mediation Statement, stating as follows:

1.      On November 16, 2016, the Court entered a Case Management Order, wherein it ordered the Parties to meet and confer about the possibility of a judicial settlement conference or a mediation of the claims in this case and to submit a joint mediation statement by January 6, 2016.  ECF No. 185.  The parties have conferred and continue to have differing views in the value of having a judicial settlement conference.

2.      The Plaintiffs' position is as follows:  This case has centered around the timely processing of TennCare applications, which was disrupted as Tennessee implemented the Affordable Care Act.  From Plaintiffs' perspective, the State has never disputed there were significant problems for class members before the preliminary injunction was entered; they have disputed only who was the cause of and who bore responsibility for those problems.  Moreover, the State has never formally objected to the remedy the preliminary injunction ordered; their

1

objection has centered on the fact that it is a remedy that is being judicially ordered.  Finally, there will eventually come a time when the purpose of the injunctive relief in this case will have run its course.  The question is simply a matter of when.

With these premises in mind, Plaintiffs believe a judicial settlement conference shortly after January 31, 2017, should be conducted.  Factual discovery is currently set to close on January 31, 2017.  After that point the parties will have a shared understanding of what is actually happening to ongoing TennCare applications, and will be as fully aware of the strengths and weaknesses of their respective positions as they are ever going to be.  Plaintiffs believe a judicial settlement conference will be a far better use of everyone's collective resources than will preparation for dispositive motions (presently due March 2, 2017) and/or a bench trial (presently set for July 11, 2017).  Plaintiffs therefore request a judicial settlement conference be conducted shortly after January 31, 2017.

3.      The State's position is as follows:  Since the last time the parties and the Court discussed mediation there have been no developments or changes in the case that would lead the State to alter its view that mediation would not be a productive or efficient use of the parties' time, effort, or resources.  The State remains of the view that this case can only be resolved with an order vacating the preliminary injunction and dismissing the case with prejudice.  Accordingly, the State would be willing to divert resources to mediation only on the understanding that Plaintiffs are open to that resolution.

DATED this January 6, 2017.                    Respectfully submitted,

                                               /s/ Samuel Brooke
                                               *On Behalf of Counsel for Plaintiffs*

Michele Johnson TN BPR 16756
Gordon Bonnyman, Jr. TN BPR 2419
Christopher E. Coleman TN BPR 24950
TENNESSEE JUSTICE CENTER
301 Charlotte Avenue
Nashville, Tennessee 37201
Telephone: (615) 255-0331
Fax: (615) 255-0354
mjohnson@tnjustice.org
gbonnyman@tnjustice.org
ccoleman@tnjustice.org

Sara Zampierin*
Samuel Brooke*
Micah West*
Emily Early*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama  36104
Telephone: (334) 956-8200
Fax: (334) 956-8481
sara.zampierin@splcenter.org
samuel.brooke@splcenter.org
micah.west@splcenter.org
emily.early@splcenter.org

Jane Perkins*
Elizabeth Edwards*
NATIONAL HEALTH LAW PROGRAM
101 E. Weaver St., Suite G-7
Carrboro, NC  27510
Telephone: (919) 968-6308
Fax: (919) 968-8855
perkins@healthlaw.org
edwards@healthlaw.org

**Attorneys for Plaintiffs**

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing has been filed

with the Court through the CM/ECF filing system, and that by virtue of this filing notice will be

sent electronically to all counsel of record, including:

Michael W. Kirk
Nicole J. Moss
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036

Linda A. Ross
Carolyn E. Reed
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202

Dated:  January 6, 2017.                                  /s/ Samuel Brooke