UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELISSA WILSON, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WENDY LONG, et al.,<br><br>Defendant. | Case No. 3:14-cv-01492<br><br>Judge Collier<br>Magistrate Judge Newbern |

## ORDER

The parties have notified the Court that they have agreed to a trial date of December 12, 2017. The trial date is therefore RESET for December 12, 2017, before Judge Collier. A pretrial conference with the Magistrate Judge is set for November 28, 2017, at 1:00 p.m.

The District Judge has referred Defendants' Motion to Dismiss and to Decertify the Class (Doc. No. 164) to the Magistrate Judge (Doc. No. 206). The Magistrate Judge sets oral argument on this motion for April 27, 2017, at 9:30 a.m. If the parties are not able to appear at that date and time, they shall notify the Court by joint notice proposing alternate dates and times within seven days of the entry of this Order. The parties may confer with Courtroom Deputy Tina McDonald to determine dates and times when the Magistrate Judge is available. Ms. McDonald may be contacted at (615) 736-5878.

It is so **ORDERED**.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge