IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELISSA WILSON, et al., individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:14-cv-01492 |
| v. | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE |
| WENDY LONG, et al., | ) ) | NEWBERN |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

In accordance with the Court's Findings of Fact and Conclusions of Law (Doc. No. 269), the preliminary injunction (Doc. No. 91) is **VACATED** and Plaintiffs' claims for relief are **DENIED**. All remaining motions are moot. The Clerk is directed to close the file.

This order shall constitute the final judgment pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE