IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MELISSA WILSON., *et al.*, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>WENDY LONG, *et al.*,<br><br>    *Defendants*. | Civil Action No. 3:14-CV-01492<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Newbern |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.01, Plaintiffs respectfully move for attorneys' fees and costs. Plaintiffs are prevailing parties and are entitled to an award of reasonable attorneys' fees under 42 U.S.C. § 1988.

As described in greater detail in Plaintiffs' Memorandum of Support and the attached declarations, Plaintiffs have limited their request to hours expended filing the action, securing the preliminary injunction and class certification order, and defending those orders from Defendants' motions to dismiss. The fees Plaintiffs seek are reasonable, both in terms of the hours and rates claimed, and in terms of other factors considered by courts in assessing fee petitions. Plaintiffs also claim costs which were necessary to achieve the success obtained.

For the foregoing reasons and those detailed in the Memorandum of Support, Plaintiffs request that this Court enter an Order awarding them attorneys' fees and costs in the total amount of $379,081.

Dated: March 4, 2019.                    Respectfully submitted,

 /s/ Samuel Brooke
Samuel Brooke
*On Behalf of Counsel for Plaintiffs*

Michele Johnson TN BPR 16756
Gordon Bonnyman, Jr. TN BPR 2419
Christopher E. Coleman TN BPR 24950
TENNESSEE JUSTICE CENTER
211 Seventh Avenue North, Suite 100
Nashville, Tennessee 37219
Telephone: (615) 255-0331
Fax: (615) 255-0354
mjohnson@tnjustice.org
gbonnyman@tnjustice.org
ccoleman@tnjustice.org

Samuel Brooke*
Sara Zampierin*
Micah West*
Emily Early*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Fax: (334) 956-8481
samuel.brooke@splcenter.org
sara.zampierin@splcenter.org
micah.west@splcenter.org
emily.early@splcenter.org

Jane Perkins*
Elizabeth Edwards*
NATIONAL HEALTH LAW PROGRAM
101 E. Weaver St., Suite G-7
Carrboro, NC 27510
Telephone: (919) 968-6308
Fax: (919) 968-8855
perkins@healthlaw.org
edwards@healthlaw.org

**Attorneys for Plaintiffs**
*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing was filed with the Court through the CM/ECF filing system, and that by virtue of this filing notice was sent electronically to all counsel of record, including:

Michael W. Kirk
Nicole J. Moss
Brian W. Barnes
Joel Alicea
Nicole F. Reaves
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
mkirk@cooperkirk.com
nmoss@cooperkirk.com
bbarnes@cooperkirk.com
jalicea@cooperkirk.com
nreaves@cooperkirk.com

Linda A. Ross
Carolyn E. Reed
Nick Barry
Kyle C. Mallinak
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
Linda.Ross@ag.tn.gov
Carolyn.Reed@ag.tn.gov
nick.barry@ag.tn.gov
kyle.mallinak@ag.tn.gov

Dated: March 4, 2019                              s/ Samuel Brooke
                                                  Samuel Brooke