IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

|  |  |  |
|---|---|---|
| **MELISSA WILSON.,** *et al.*, **individually and on behalf of all others similarly situated,** | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 3:14-CV-01492 |
| v. | ) ) | Judge William L. Campbell, Jr. |
| **WENDY LONG,** *et al.*, | ) ) ) | Magistrate Judge Newbern |
| *Defendants*. | ) ) | |

## AGREED ORDER AMENDING PRIOR ORDER
## AWARDING ATTORNEYS' FEES AND EXPENSES

On January 28, 2020, this Court awarded Plaintiffs $352,300 in attorneys' fees and $2,630.92 in expenses. (Doc. 287). Defendants appealed the award to the United States Court of Appeals for the Sixth Circuit. (Doc. 288; Appellate Case No. 14-6191). To avoid the uncertainty of appeal, the parties have negotiated an agreement by which the Plaintiffs have accepted a five percent (5%) reduction in the fees awarded by this Court. The Court hereby approves the parties' settlement and amends its Order of January 28, 2020 (Doc. 287) to conform to the parties' settlement.

Accordingly, it is hereby **ORDERED** that the Court's Order of January 28, 2020 (Doc. 287) is amended to reflect that Defendants shall pay the following: costs in the amount of $2,630.92 to the Southern Poverty Law Center; attorneys' fees in the amount of $203,361.75 to the Tennessee Justice Center; attorneys' fees in the amount of $76,028.50 to the Southern

Poverty Law Center; and attorneys' fees in the amount of $55,294.75 to the National Health Law Program.

It is further hereby **ORDERED** that the Defendants may not cite or rely upon this Order or the negotiated reduction in opposing any future fee application or the amount of any such application by the Plaintiffs' counsel in any other case.

It is so **ORDERED** this 4th day of December, 2020.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE